1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    RYAN JOEL HOPSON,                        1:23-cv-01555 EPG (PC)

12                Plaintiff,

13          v.                                 ORDER GRANTING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
14    KINGS COUNTY JAIL, et al.,               (Document# 2)

15                Defendants.                            and

16

17                                             ORDER DIRECTING PAYMENT
                                               OF INMATE FILING FEE BY THE
18                                             KINGS COUNTY SHERIFF

19
           Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested
20
      leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing
21
      required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.
22
           Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.
23
      1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of
24
      the preceding month's income credited to Plaintiff's trust account. The Kings County Sheriff is
25
      required to send to the Clerk of the Court payments from Plaintiff's account each time the amount
26
      in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
27

28

                                                  1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

**2.  The Kings County Sheriff or his designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Kings County Sheriff located at P.O. Box 1699, Hanford, CA 93230.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **November 13, 2023**                    /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE

2