UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JOEL HOPSON,<br><br>              Plaintiff,<br><br>      v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>              Defendants. | No. 1:23-cv-01555 EPG (PC)<br><br>ORDER FOR KINGS COUNTY SHERIFF TO RESPOND TO PLAINTIFF'S NOTICE REGARDING COLLECTION OF FUNDS FROM HIS TRUST ACCOUNT<br><br>(ECF No. 6) |

   Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and was granted leave to proceed i*n forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. When the Court granted Plaintiff's motion to proceed IFP on November 13, 2023, the Court also ordered Kings County Sheriff to collect Payments from Plaintiff's trust account and forward those payments to the Clerk of the Court, to be applied towards paying the filing fee in this action. (ECF No. 4.)

   On February 2, 2024, Plaintiff filed a notice stating that Kings County Sheriff has failed to collect payments from his trust account, even when the funds exceeded the minimum required $10 balance. (ECF No. 6.) The Court has also confirmed with its financial department that it has not received such funds.

   Accordingly, no later than 21 days from the day this order is served, Kings County Sheriff is ordered to respond to Plaintiff's notice regarding whether it is deducting funds as previously ordered by the Court's IFP Order. (ECF No. 4.)

The Court thus **ORDERS** that:

1. The Clerk of the Court is directed to serve a copy of this Order, along with copies of the Court's IFP Order (ECF No. 4) and Plaintiff's Notice (ECF No. 6), on the Kings County Sheriff located at P.O. Box 1699, Hanford, CA 93230.
2. The Kings County Sheriff or his designee shall file a response to Plaintiff's Notice (ECF No. 6) **within 21 days** of the service of this order.

IT IS SO ORDERED.

Dated: __**February 21, 2024**__         /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE