UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JOEL HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01555 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 20, 21) |

　　　　Ryan Joel Hopson seeks to hold the defendants liable for violations of his civil rights while housed at Kings County Jail. (Doc. 20.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted under 42 U.S.C. § 1983. (Doc. 21.) Because the Court previously provided the applicable standards and Plaintiff failed to cure the pleading deficiencies, the magistrate judge found further leave to amend would be futile and recommended the case be dismissed. (*Id.* at 10–11.) Plaintiff filed objections. (Doc. 22.)

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff's objections fail to address the essential reasoning articulated in the findings and recommendations, including that: (1) Plaintiff has failed to plausibly allege municipal liability because he does not allege facts

1

demonstrating that the actions of any of the defendants were the result of an official policy or custom; and (2) a single alleged incident of brief duration related to sewage backing up from his cell toilet onto the floor, though undoubtedly unpleasant, is not sufficient to state an unconstitutional conditions of confinement claim, particularly where no physical injury is alleged. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated February 20, 2025 (Doc. 21) are **ADOPTED** in full.
2. The action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 10, 2025**

UNITED STATES DISTRICT JUDGE